UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Bill Pryor,
*individually and on behalf
of all others similarly situated*

        Plaintiff,

v.                          ORDER
                        17-cv-4022 (MJD/FLN)

Ideal Credit Union,

        Defendant.

Plaintiff filed a Voluntary Dismissal [Doc. #22] with the Court on December 13, 2017. Defendant Ideal Credit Union has not answered or moved for Summary Judgment.

IT IS HEREBY ORDERED THAT:

The Dismissal is **GRANTED** with pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) with prejudice. This case is hereby dismissed and each party shall bear its own costs.

Dated: December 13, 2017            s/Michael J. Davis
                                               MICHAEL J. DAVIS
                                               United States District Court